

★ ★ ★ Fourth Court of Appeals District of Texas San Antonio ★ ★ ★

## MEMORANDUM OPINION

No. 04-08-00260-CV

Richard **CRUMLY**,
Appellant

v.

**ARNOLD MOOS COMPANY**, et al.,
Appellees

From the 225th Judicial District Court, Bexar County, Texas
Trial Court No. 2004-CI-10570
Honorable Janet P. Littlejohn, Judge Presiding

PER CURIAM

Sitting:     Sandee Bryan Marion, Justice
             Phylis J. Speedlin, Justice
             Rebecca Simmons, Justice

Delivered and Filed:   November 5, 2008

DISMISSED

        The parties have filed a joint motion to dismiss this appeal.  We grant the motion and dismiss

the appeal.  *See* TEX. R. APP. P. 42.1(a)(1).  Costs of appeal are assessed against appellant.

PER CURIAM